■ STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant, v. JOSE CARRION, Respondent.— Judgment, Supreme Court, New York County, entered on December 11, 1972, denying a stay of arbitration, unanimously affirmed. Respondent shall recover of appellant $40 costs and disbursements of this appeal. This affirmance is solely on the ground that as a matter of public policy, an insurance carrier cannot rescind automobile insurance *ab initio*

(*Matter of Teeter* v. *Allstate Ins. Co.*, 9 A D 2d 176, affd. 9 N Y 2d 655). Concur — Stevens, P. J., McGivern, Kupferman, Lane and Capozzoli, JJ.